**Exhibit A**

2017/06/30 10:28:19   1 /1



## CHANNEL DYNAMICS

**ATTENTION TO: DR. WILLIAM FROHN**
**IMS Ref#: 1821861**

If you see pharmaceutical reps on a monthly basis, please join a *select* group of healthcare professionals reporting for our online study. QuintilesIMS collects your feedback on pharmaceutical rep visits to help improve the quality and effectiveness of drug detailing services provided to the medical community.
**All data is confidential and HIPAA Compliant.**

Each month you report, points will be added to your online account. Points can be redeemed for items from the QuintilesIMS Rewards Catalog, featuring a vast selection of top brand items, as well as books, DVDs, CDs and a wide variety of gift cards!

**Honorarium:** Receive **5 awards points** per reporting month to purchase gifts from our catalog such as:

- Visa, Macy's, Apparel, Hotels, Restaurants, Gas Cards and many more Gift Cards
- Concert, Movie theater, Cinema, and Sport event tickets
- Thousands of Merchandise brand name items.
- Entertainment, KitchenAid®-Housewares

If you are interested in joining our web panel, or if you have any questions please contact us at:
Toll-free number:  1-866-838-0868
E-mail: JHermosa@ph.imshealth.com
Fax a copy of the completed form below to: 1-877-270-0502

| ☐ Yes, please register me for this study | ☐ No, do not register me at this time |
|---|---|

Name: _____

Address: _____

Primary Specialty: _____

Phone Number: _____  Fax Number: _____

E-Mail address: _____

Average number of sales rep calls per month ____

Thank you for considering participating in our study. We look forward to your response.

Jessa Hermosa

Data Collector, Channel Dynamics, PHL

**QuintilesIMS**

Phone: +1 866-838-0868 ext.7013 | Fax: 877-270-0502