IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADVANCED OBSTETRICS & GYNECOLOGY, P.C.,
a Mississippi Corporation, on behalf of itself,
and on behalf of a class of similarly situated
individuals,                                                                                      PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:18-cv-00197-NBB-JMV

IQVIA, INC.,                                                                                 DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the Defendant's motion to dismiss is **DENIED**.

This, the 14th day of June, 2019.

                                                /s/ Neal Biggers
                                                NEAL B. BIGGERS, JR.
                                                UNITED STATES DISTRICT JUDGE